THE HONORABLE BARBARA J. ROTHSTEIN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JACK PRECOUR, WILLIAM CAPTAIN REED, CESAR LOPEZ, TOMASINA ENOCH, MARSHALL P. JONES, JR., and CORNELIA CLAY FULGHUM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | No. 2:21-cv-01415-BJR<br><br>**STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS PENDING JPML'S RULING ON TRANSFER** |

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01415-BJR) - 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154569743.1

Case 4:21-cv-00907-BCW   Document 17   Filed 11/12/21   Page 1 of 4

Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiffs Jack Precour, William Captain Reed, Cesar Lopez, Tomasina Enoch, Marshall P. Jones, Jr., Cornelia Clay Fulghum, and Diego Quintanilla, and Defendant T-Mobile USA, Inc. (together "the Parties"), hereby stipulate to stay all proceedings and deadlines in this action until the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion to transfer under 28 U.S.C. § 1407 ("MDL Petition"). *See In re: T-Mobile Customer Data Sec. Breach Litig.* ("*In re: T-Mobile*"), MDL No. 3019 (ECF No. 1). In support of this stipulated motion, the Parties state:

Plaintiffs filed this case on October 15, 2021. *See* ECF No. 1. In a related case, this Court recently granted T-Mobile's motion requesting a stay pending the JPML's ruling on the MDL Petition, finding:

> Any delay arising from a stay is likely to be short, and Plaintiffs have not demonstrated that any significant prejudice would result from a short stay. A stay is also likely to conserve judicial resources, as well as the parties' resources, until the JPML decides whether (and if so, where) to transfer the dozens of similar cases for coordinated or consolidated pretrial proceedings.

*Daruwalla v. T-Mobile USA, Inc.*, No. 2:21-cv-01118-BJR (W.D. Wash. Oct. 29, 2021) (ECF No. 39). The Parties therefore respectfully request that the Court enter a short stay of all proceedings here until the JPML rules on the MDL Petition.

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01415-BJR) - 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154569743.1

Case 4:21-cv-00907-BCW   Document 17   Filed 11/12/21   Page 2 of 4

Dated: November 10, 2021

| | |
|---|---|
| By: /s/ Steve Y. Koh | By: /s/ Kim D. Stephens |
| Steve Y. Koh, WSBA No. 23284 | Kim D. Stephens, P.S., WSBA #11984 |
| Kathleen M. O'Sullivan, WSBA No. 27850 | Jason T. Dennett, WSBA #30686 |
| Lauren J. Tsuji, WSBA No. 55839 | Kaleigh N. Powell, WSBA #52684 |
| **PERKINS COIE LLP** | **TOUSLEY BRAIN STEPHENS PLLC** |
| 1201 Third Avenue, Suite 4900 | 1200 Fifth Avenue, Suite 1700 |
| Seattle, WA 98101-3099 | Seattle, WA 98101 |
| Telephone: 206.359.8000 | Telephone: (206) 682-5600 |
| Facsimile: 206.359.9000 | Facsimile: (206) 682-2992 |
| E-mail: SKoh@perkinscoie.com | E-Mail: jdennett@tousley.com |
| KOSullivan@perkinscoie.com | kstephens@tousley.com |
| LTsuji@perkinscoie.com | kpowell@tousley.com |
| | |
| Kristine McAlister Brown (*pro hac vice*) | Amy E. Keller (*pro hac vice* to be filed) |
| **ALSTON & BIRD LLP** | James A. Ulwick (*pro hac vice* to be filed) |
| 1201 West Peachtree Street | **DICELLO LEVITT GUTZLER LLC** |
| Atlanta, GA 30309 | Ten North Dearborn Street, Sixth Floor |
| Telephone: (404) 881-7000 | Chicago, IL 60602 |
| Facsimile: (404) 881-7777 | Telephone: (312) 214-7900 |
| E-Mail: kristy.brown@alston.com | Facsimile: (312) 253-1443 |
| | Email: akeller@dicellolevitt.com |
| *Attorneys for Defendant T-Mobile USA, Inc.* | julwick@dicellolevitt.com |
| | |
| | William A. Kershaw |
| | Ian J. Barlow |
| | **KERSHAW, COOK & TALLEY PC** |
| | 401 Watt Avenue |
| | Sacramento, CA 95846 |
| | Telephone: (916) 779-7000 |
| | Facsimile: (916) 244-4829 |
| | Email: bill@kctlegal.com |
| | ian@kctlegal.com |
| | |
| | Tyler H. Fox, Esq. |
| | **LAW OFFICES OF TYLER H. FOX** |
| | 135 Antrim St., Unit # 2 |
| | Cambridge, MA 02139 |
| | Telephone: (857) 260-3105 |
| | Email: tylerfox@verizon.net |
| | |
| | *Attorneys for Plaintiffs* |

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01415-BJR) - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154569743.1

Case 4:21-cv-00907-BCW   Document 17   Filed 11/12/21   Page 3 of 4

**ORDER**

IT IS SO ORDERED.

Dated this 12th day of November, 2021.

                                                 <u>s/Barbara J. Rothstein</u>
                                                 Barbara J. Rothstein
                                                 U.S. District Court Judge

Presented by:

Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
         KOSullivan@perkinscoie.com
         LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01415-BJR) - 4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154569743.1

Case 4:21-cv-00907-BCW   Document 17   Filed 11/12/21   Page 4 of 4